REMAND/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-2818-GW(GJSx) | Date | July 18, 2019 |
|---|---|---|---|
| Title | *Katherine Kobren v. Total Terminals International, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:** IN CHAMBERS - RULING ON PLAINTIFF'S MOTION TO REMAND [11]

    The Court adopts the Tentative Ruling issued today at the hearing on Plaintiff's Motion to Remand as its final decision on said motion. Hence, the case is ordered remanded to state court forthwith. However, as an additional point, the Court, in response to Defendant's argument at the hearing, would refer to two additional cases on the issue of determining when the presence of a collective bargaining agreement preempts an employee's claim of intentional infliction of emotional distress. Those cases are: *Perugini v. Safeway Stores, Inc.*, 935 F.2d 1083, 1087-89 (9th Cir. 1991), and *Matson v. UPS*, 840 F.3d 1126, 1132 and 1136 n.6 (9th Cir. 2016).

Initials of Preparer   JG